Respondent, v. Anthony Nuobara, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

Andrew S. Greenfield, Appellant, v. Joseph Good and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

Edwin Theodore Hansen, Respondent, v. F. Jarka Company, Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

Hartman Hebeler, Respondent, v. Eleonore H. Wilkins and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

In the Matter of the Petition of The New York Christian Home for Intemperate Men and Others, Respondents, for an Order Vacating an Assessment in the Matter of Regulating, etc., Broad Street, etc., in the City of Mount Vernon, Westchester County, N. Y., Appellant.— Order denying motion to compel acceptance of notice of appeal from order vacating assessment, made pursuant to the Charter of the City of Mount Vernon (Laws of 1922, chap. 490, § 232) affirmed, with ten dollars costs and disbursements. We think the order of the Special Term was final and not appealable under the express provisions of the charter. The charter provision containing the limitation on the right to appeal is identical with the provision of Second Class Cities Law, section 165. Provisions for summary review and decision in such matters are not new (*Matter of Dodd*, 27 N. Y. 629) and have been recently considered and approved by the Court of Appeals on an appeal from a judgment in an equity action involving the validity of assessments. (*N. Y. C. & H. R. R. R. Co.* v. *City of Yonkers*, 238 N. Y. 165, 178, 179.) Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

In the Matter of the Petition of Charles F. Wilcox to Prove the Last Will and Testament of James S. Schenck, Deceased. Charles F. Wilcox, Proponent, Appellant; William S. Schenck, Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

Barbara M. Kane, as Administratrix, etc., of Frank M. Kane, Deceased, Respondent, v. Peekskill Lighting and Railroad Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Barbara M. Kane, as Administratrix, etc., of Frank M. Kane, Deceased, Respondent, v. Peekskill Lighting and Railroad Company, Appellant.— Order denying motion for a new trial on ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Selma A. Karppinen, Appellant, v. Jacob and Youngs, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Luigia Manzo, Respondent, v. Michele Ajello, Appellant.— Order granting plaintiff's motion to open her default in serving complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to plaintiff to renew said motion upon payment of costs within